No. 2,146.—CLINTON C. CLARK, APPELLANT, v. ROBERT WALL ET AL., RESPONDENTS.

Original—Injunction pending appeal.

Decided January 3, 1905.

PER CURIAM.—Appellant's motion for an injunction pending appeal herein is hereby granted, and an injunction ordered issued upon the filing and approval of a good and sufficient undertaking in the sum of $5,000, conditioned according to law, said undertaking to be approved by the clerk of this court.

*Mr. J. L. Wines,* for Appellant.

*Mr. Jas. E. Murray,* and *Messrs. McBride & McBride,* for Respondents.

(Upon motion of respondents, injunction granted above was dissolved on January 23, 1905.)

---

No. 2,063.—MILES FINLEN, APPELLANT, v. F. AUGUSTUS HEINZE ET AL., RESPONDENTS.

Original—Injunction pending appeal.

Decided January 18, 1905.

PER CURIAM.—Appellant's application for an injunction pending appeal is hereby denied.

*Mr. A. J. Shores,* for Appellant.